**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22477-ALTMAN**

**JUAN CARLOS PARRADO SANCHEZ**,

     *Petitioner,*

*v.*

**WARDEN, MIAMI FEDERAL DETENTION CENTER**, *et al.*,

     *Respondents.*

_____/

## **ORDER**

Our Petitioner seeks a writ of habeas corpus "ordering Respondents to immediately release [him] under reasonable conditions of supervision; or, in the alternative, order an immediate individualized custody redetermination hearing before an Immigration Judge[.]" Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 18–19. The Respondents now inform us that, "[i]n light of the recent decision in *Hernandez Alvarez v. Warden*, 25-14065, ___ F.4th ___ (11th Cir. May 6, 2026), [they] do not oppose Petitioner's claim that he should be provided a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a)." Response to Order to Show Cause [ECF No. 13] at 1. "In fact," the Respondents tell us, the "Petitioner has already been granted a bond hearing scheduled for May 26, 2026." *Ibid.* Accordingly, we hereby **ORDER and ADJUDGE** that the Respondents file a status update on the docket by **May 29, 2026**, confirming that the hearing occurred and that the Petition is now moot. In the meantime, we **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on May 26, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

        Noticing INS Attorney
        Email: usafls-immigration@usdoj.gov

2