UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-22477-ALTMAN

JUAN CARLOS PARRADO SANCHEZ,

Petitioner,

v.

WARDEN, MIAMI FEDERAL DETENTION
CENTER, et al.,

Respondents.

_____/

ORDER

On May 26, 2026, we ordered the Respondents to "file a status update on the docket by **May 29, 2026**, confirming that the hearing occurred and that the Petition is now moot." Order [ECF No. 14]. The Respondents have now done so, informing us that, "[o]n May 26, 2029, Petitioner received a custody redetermination hearing," at which "Petitioner's counsel requested more time to review the issues." Status Report [ECF No. 15] at 1. Accordingly, the Respondents tell us, "[t]he Immigration Judge . . . took 'no action' on the matter." *Ibid.* But, after the hearing, the "Petitioner has since been transferred to the Florence Service Processing Center in Florence, Arizona." *Ibid.* Given that the Petitioner received the requisite hearing, we therefore **DISMISS as moot** the Petition for Writ of Habeas Corpus [ECF No. 1]. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on June 1, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        Noticing INS Attorney
        Email: usafls-immigration@usdoj.gov